NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| QIANA MARSHALL,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, AND DOES 1 through 10, inclusive,,<br><br>    Defendants. | Case No. CV10-06439 MMM-(FMOx)<br><br>**ORDER GRANTING JOINT STIPULATION TO ALLOW AMENDMENT OF COMPLAINT AND EXTENSION OF ALL DATES BY 90 DAYS**<br><br>[PROPOSED] |
|---|---|

PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE HAVING BEEN SHOWN,

This Court hereby grants the parties' joint stipulation to allow plaintiff to file an amended complaint and to extend all dates, as follows:

1. Plaintiff has until **April 29, 2011**, to amend her complaint, for the limited purpose of detailing her allegations about actions or inactions by the California Department of Corrections and Rehabilitation employees, but for no other purpose;

2. Defendants Perez-Torres, Valenzuela, and Ochoa shall have **14** days after plaintiff files her First Amended Complaint to file their responsive pleading or answer, and **30** days to serve all counsel with their Rule 26 Initial Disclosures;

3. All dates in this case shall be postponed as follows:

The Further Telephonic Status Conference shall be continued from April 27, 2011 to **July 27, 2011 at 5:30p.m**. The Fact Discovery Cutoff shall be continued from May 20, 2011, to **August 19, 2011**; Initial expert Disclosures shall be continued from June 3, 2011, to **September 2, 2011**; Rebuttal expert Disclosures shall be continued from June 17, 2011, to **September 16, 2011**; the Expert discovery cut-off shall be continued from July 1, 2011, to **September 30, 2011**; the Motions hearing cut-off shall be continued from July 25, 2011, to **October 24, 2011 at 10:00a.m**., and the Pretrial Conference shall be continued from August 29, 2011, to **December 5, 2011 at 9:00a.m**.; the Jury Trial shall be continued from September 27, 2011, to **January 10, 2012 at 8:30a.m**.

IT IS SO ORDERED:

Dated: April 22, 2011

Honorable Margaret M. Morrow
United States District Court Judge

Respectfully submitted,

Susan E. Coleman, (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600    Fax: 213.236.2700

Attorneys for Defendants
A. PEREZ-TORRES, A. VALENZUELA, and
J. OCHOA