Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Mariam Kaloustian, State Bar No. 236702
E-Mail: mkaloustian@hurrellcantrall.com
HURRELL CANTRALL LLP
700 South Flower Street, Suite 900
Los Angeles, California 90017-4121
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for GEOFFREY ELLIOTT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| QIANA MARSHALL,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, AND DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. CV10-6439 MMM (FMOx)<br><br>[Assigned to Judge Margaret M. Morrow – Courtroom "780"]<br><br>**DEFENDANT'S WITNESS LIST**<br><br>Pretrial Conf.; December 19, 2011<br>Trial Date:    January 10, 2012 |

Defendant GEOFFREY ELLIOTT intends to call the following witnesses at trial:

1. QIANA MARSHALL, plaintiff
2. Deputy GEOFFREY ELLIOTT, defendant
3. Parole Agent Monica Esqueda, percipient witness
4. Sergeant John Bomben, percipient witness
5. Marian Prather, percipient witness
6. Deputy Brandon Painter, percipient witness*
7. Deputy Gregg Yokoyama, percipient witness*
8. Parole Agent Jesse Ochoa, percipient witness*
9. Parole Agent Alejandro Perez-Torres, percipient witness*

1     10.    Deputy Stephen Cabrera, percipient witness*

2     11.    Linda Rosetti, M.F.T., percipient witness

3     12.    Stuart Silverman, M.D. percipient witness*

4     13.    Michael Mekjian, Ph.D., expert witness

6    DATED: December 12, 2011      HURRELL CANTRALL LLP

By: /s/ Mariam Kaloustian
     THOMAS C. HURRELL
     MARIAM KALOUSTIAN
     Attorneys for GEOFFREY ELLIOTT

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 South Flower Street, Suite 900, Los Angeles, California 90017-4121.

    On December 12, 2011, I served true copies of the following document(s) described as **DEFENDANT'S WITNESS LIST** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address tcana@hurrellcantrall.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

    Executed on December 12, 2011, at Los Angeles, California.

*/s/ Theresa T. Cana*
Theresa T. Cana

# SERVICE LIST
## Qiana Marshall v. County of Los Angeles, et al.
### Case No. CV10-6439 MMM (FMOx)

| | |
|---|---|
| Gary S. Casselman, Esq.<br>Danielle Casselman, Esq.<br>LAW OFFICES OF<br>GARY S. CASSELMAN<br>3415 S. Sepulveda Blvd.<br>Suite 100<br>Los Angeles, CA 90034<br>Telephone: (310) 314-4444<br>Fax: (310) 314-4447 | *Attorneys for Plaintiff* |
| Susan E. Coleman, Esq.<br>BURKE, WILLIAMS &<br>SORENSEN, LLP<br>444 S. Flower Street<br>Suite 2400<br>Los Angeles, CA 90071-2953<br>Telephone: (213) 236-0600<br>Fax: (213) 236-2700 | *Attorneys for Defendants*<br>*A. PEREZ-TORRES*<br>*(DOE 8) AND J. OCHOA*<br>*(DOE 10)* |