1  Gary S. Casselman, State Bar No. 81658
   Danielle L. Casselman, State Bar No. 170622
2  LAW OFFICES OF GARY S. CASSELMAN
   3415 S. Sepulveda Blvd., Suite 100
3  Los Angeles, California 90034
   Telephone: (310) 314-4444
4  Facsimile: (310) 314-4447
   Email: garyscasselman@gmail.com
5
   Attorneys for plaintiff QIANA MARSHALL
6

7  Thomas C. Hurrell, State Bar No. 119876
   E-Mail: thurrell@hurrellcantrall.com
8  Mariam Kaloustian, State Bar No. 236702
   E-Mail: mkaloustian@hurrellcantrall.com
9  HURRELL CANTRALL LLP
   700 South Flower Street, Suite 900
10 Los Angeles, California 90017-4121
   Telephone: (213) 426-2000
11 Facsimile: (213) 426-2020

12 Attorneys for GEOFFREY ELLIOTT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| QIANA MARSHALL,<br><br>           Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, AND DOES 1 through 10, inclusive,<br><br>           Defendants. | CASE NO. CV10-6439 MMM (FMOx)<br><br>[Assigned to Judge Margaret M. Morrow – Courtroom "780"]<br><br>**JOINT EXHIBIT LIST**<br><br>Pretrial Conf.: **December 19, 2011**<br>Trial Date:     **January 10, 2012** |
|---|---|

Plaintiff QIANA MARSHALL and defendant GEOFFREY ELLIOTT hereby jointly submit the following exhibits to be used at trial:

/ / /

/ / /

/ / /

| Exhibit No. | Exhibit Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | California Department of Corrections and Rehabilitation – Donya Steen's Parole File (bate stamped CDCR 000001-000084) | | |
| 2. | Detective Elliott's Investigation File for Donya Steen's Parole Compliance Search - Original (produced throughout discovery as documents bate stamped COLA 00001-000037) | | |
| 3. | Portions of Operations Plan Depicting Address | | |
| 4. | Videotape of officers at Marian Prather's apartment on the day of the incident. | | |
| 5. | Plaintiff's Medical Records from Lawndale Medical and Mental Health Services – Linda Rosetti, M.F.T. | | |
| 6. | Plaintiff's Medical Records from Stuart Silverman, M.D. | | |
| 7. | Plaintiff's Medical Records from Cedars Sinai Medical Center | | |
| 8. | Plaza Pharmacy – Patient Drug History (three pages, dates 08/27/10 to 11/07/11) | | |
| 9. | Nine photographs depicting the exterior of plaintiff's building, hallway, entry doors. | | |
| 10. | Qiana Marshall's California Technical High School Diploma | | |
| 11. | Qiana Marshall's El Camino College Transcript | | |
| 12. | Qiana Marshall's Associated Technical College Diploma | | |
| 13. | Selected Portions from the County of Los Angeles' Manual of Policies and Procedures, Sections 5-09/465.00 Search Operations, 5-09/465.10 Search Operations – Risk Assessment, COLA 00204 to COLA 00207 | | |

| | | |
|---|---|---|
| 1 | DATED: December ⎵, 2011 | HURRELL CANTRALL LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ [signature] |
| 5 | | THOMAS C. HURRELL |
| 6 | | MARIAM KALOUSTIAN |
| | | Attorneys for GEOFFREY ELLIOTT |
| 7 | DATED: December __12_, 2011 | LAW OFFICES OF GARY S. CASSELMAN |
| 8 | | |
| 9 | | |
| 10 | | By:   /s/ Gary Casselman |
| 11 | | GARY S. CASSELMAN |
| 12 | | DANIELLE L. CASSELMAN |
| | | Attorneys for Plaintiff QIANA |
| 13 | | MARSHALL |

-3-

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 South Flower Street, Suite 900, Los Angeles, California 90017-4121.

On December 12, 2011, I served true copies of the following document(s) described as **JOINT EXHIBIT LIST** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address tcana@hurrellcantrall.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 12, 2011, at Los Angeles, California.

Theresa T. Cana

-4-

**SERVICE LIST**
Qiana Marshall v. County of Los Angeles, et al.
Case No. CV10-6439 MMM (FMOx)

| | |
|---|---|
| Gary S. Casselman, Esq.<br>Danielle Casselman, Esq.<br>LAW OFFICES OF<br>GARY S. CASSELMAN<br>3415 S. Sepulveda Blvd.<br>Suite 100<br>Los Angeles, CA 90034<br>Telephone: (310) 314-4444<br>Fax: (310) 314-4447 | *Attorneys for Plaintiff* |
| Susan E. Coleman, Esq.<br>BURKE, WILLIAMS &<br>SORENSEN, LLP<br>444 S. Flower Street<br>Suite 2400<br>Los Angeles, CA 90071-2953<br>Telephone: (213) 236-0600<br>Fax: (213) 236-2700 | *Attorneys for Defendants*<br>*A. PEREZ-TORRES*<br>*(DOE 8) AND J. OCHOA*<br>*(DOE 10)* |