GARY S. CASSELMAN, ESQ. (SBN 81658)
DANIELLE L. CASSELMAN, ESQ., SBN 170622
**CASSELMAN LAW OFFICES**
3415 South Sepulveda Boulevard, Suite 100
Los Angeles, California 90034
☎ (310) 314-4444  (Fax) (310) 314-4447
e-mail: garyscasselman@gmail.com

Attorneys for Plaintiff, QIANA MARSHALL

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIANA MARSHALL, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, AND DOES 1 through 10, inclusive, <br><br> Defendant. | CASE №. CV-10-06439 MMM (FMOx) <br><br> PLAINTIFF'S WITNESS LIST <br><br> Action Filed: 8/27/2010 <br><br> PTC:    December 19, 2011 <br> TRIAL: January 10, 2012 <br> TIME:   8:30 a.m. <br> CTRM:  780 <br><br> The Honorable Margaret Morrow, United States District Court Judge, Central Dist. |

To the Honorable Court and to Defendants and their counsel:

Pursuant to Federal Rules of Civil Procedure, Rule 26(a)(3)(A) and Local Rules of Court, Rule 16-5 Plaintiff lists the following persons as potential witnesses at trial. Plaintiff also reserves the right to call witnesses listed on the Defendants' Witness List. Additional witnesses may be called for purposes of impeaching the testimony of Defendants and or witnesses called by Defendants.

Respectfully submitted,

DATED: December 12, 2011        LAW OFFICES OF GARY S. CASSELMAN

                         BY    /s/  GARY S. CASSELMAN
                               GARY S. CASSELMAN
                               Attorneys for Plaintiff,
                               QIANA MARSHALL

PLAINTIFF'S WITNESS LIST (Alphabetically)

1. Dr. Stephen Charles, MD
2. Custodian of Records, Lawndale Medical and Mental Health Services, 4023 Marine Avenue, Lawndale, CA 90260 *
3. Custodian of Records, Cedars Sinai Medical Center *
4. Custodian of Records, South Bay Mental Health, 2311 West El Segundo Blvd., Hawthorne, CA 90250
5. Sgt. Geoff Dedrick*
6. Geoffrey Elliott
7. Monica Esqueda
8. Stephan Jones *
9. Nishant Kumar, MD *
10. Qiana Marshall
11. Eladio Menendez*
12. Brandon Painter
13. Marian Prather
14. Linda Rosetti, MFT
15. Stuart Silverman, MD *
16. Gregg Yokoyama
17. Parole Agent Perez-Torres*
18. Parole Agent Ochoa*

DATED: December 12, 2011         Respectfully Submitted,

LAW OFFICES OF GARY S. CASSELMAN

/s/ GARY S. CASSELMAN
GARY S. CASSELMAN
Attorney for Plaintiff