GARY S. CASSELMAN, ESQ. (SBN 81658)
DANIELLE L. CASSELMAN, ESQ., SBN 170622
**CASSELMAN LAW OFFICES**
3415 South Sepulveda Boulevard, Suite 100
Los Angeles, California 90034
☎ (310) 314-4444  (Fax) (310) 314-4447
e-mail:  garyscasselman@gmail.com

Attorneys for Plaintiff, QIANA MARSHALL

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIANA MARSHALL,<br><br>                              Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES,<br>AND DOES 1 through 10, inclusive,<br><br>                              Defendant. | CASE №. CV-10-06439 MMM (FMOx)<br><br>NOTICE OF LODGING PROPOSED PRETRIAL CONFERENCE ORDER<br><br>Action Filed: 8/27/2010<br>PTC:    December 19, 2010<br><br>The Honorable Margaret Morrow, United States District Court Judge, Central Dist. |

NOTICE IS HEREBY GIVEN of lodging of the Joint Proposed Pretrial Conference Order herein.


DATED: December 12, 2011    Respectfully Submitted,


LAW OFFICES OF GARY S. CASSELMAN

BY    /S/ GARY S. CASSELMAN
      GARY S. CASSELMAN
      Attorneys for Plaintiff,
      QIANA MARSHALL