# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Qiana Marshall, | CASE NUMBER: |
|---|---|
| Plaintiff(s)<br>v. | 2:10-cv-06439-MMM -FMO |
| County of Los Angeles, et al.,<br><br>Defendant(s). | **NOTICE OF ASO SETTLEMENT PROCEEDING DATE** |

**YOU ARE HEREBY NOTIFIED THAT THE ATTORNEY SETTLEMENT OFFICER HAS SCHEDULED A SETTLEMENT PROCEEDING IN THE ABOVE MATTER**

for January 13, 2012 at 10:00 a.m. a.m./p.m.

**LOCATION:** Room 918, U.S. District Court, 312 N. Spring Street, Los Angeles, CA 90012

---

**The settlement proceeding must be heard and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

---

Continuances are not favored and can only be granted by the Attorney Settlement Officer up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled settlement proceeding.

**Dated:** December 19, 2011

**Attorney Settlement Officer:** Gail Killefer
**Address:** ADR Program, U.S. District Court
312 N. Spring Street
Los Angeles, CA 90012
**Phone:** (213) 894-2993