UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| QIANA MARSHALL,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, AND DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. CV10-6439 MMM (FMOx)<br><br>[Assigned to Judge Margaret M. Morrow – Courtroom "780"]<br><br>[**PROPOSED**] ORDER CONTINUING THE TRIAL AND FINAL PRETRIAL CONFERENCE DATES |

Trial Date: **October 9, 2012**

IT IS HEREBY ORDERED that, good cause being shown, as set forth in the Joint Stipulation to Continue the Trial and Pretrial Conference Dates, the currently scheduled dates for the (1) Jury Trial, and (2) Final Pretrial Conference in the above-entitled matter are to be continued as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

(1) The current Jury Trial date of October 9, 2012, is hereby continued to **November 6, 2012 at 8:30 a.m.**

(2) The current Final Pretrial Conference date of September 17, 2012, is hereby continued to **October 15, 2012 at 9:00 a.m.**

**No further continuances will be granted.**

**IT IS SO ORDERED.**

DATED: June 20, 2012        By: *Margaret M. Morrow*
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

-2-