1  Gary S. Casselman, Esq.  SBN 081658
   LAW OFFICES OF GARY S. CASSELMAN
2  3415 So. Sepulveda Blvd., Ste. 100
   Los Angeles, CA 90034
3  Tel.:  (310) 314-4444  Fax: (310) 314-4447
   Email: garyscasselman@gmail.com
4

5  Attorneys for Plaintiff Qiana Marshall

6

7

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

| QIANA MARSHALL, | Case No. CV 10-06439 MMM (FMOx) |
|---|---|
| Plaintiff | **PLAINTIFF'S WITNESS LIST WITH TIME ESTIMATES** |
| v. | |
| COUNTY OF LOS ANGELES, ET AL. | PTC:        Past<br>Trial:      November 6, 2012<br>Time:      8:00 a.m.<br>Ctrm:     **780** |
| Defendants | Hon. Margaret M. Morrow, Judge, U.S. Dist. Court, Central District of California |

19     Plaintiff hereby submits her list of witnesses and time estimates for direct

20  examination as to each for the time of trial, pursuant to the Court's Order Re Pre-trial

21  documents. Foundation witnesses for introduction of documents, though listed, may

22  be obviated by stipulation of counsel for the parties to expedite the trial.  Rebuttal

23  witnesses may be called as allowed by the court.

24  DATED:     October 18, 2012          Respectfully Submitted,

25                                       CASSELMAN LAW OFFICES

26                                       By:   /s/ Gary S. Casselman

27                                             Gary S. Casselman
                                               Attorney for Plaintiff
28

**_Qiana Marshall v. County of Los Angeles, Geoffrey Elliott_**

**Trial Date: 11/6/12**

| 1. | Witness: Qiana Marshall | | | |
|---|---|---|---|---|
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 2 hrs. |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | |
| | Brief Description of Testimony: Plaintiff and percipient witness to incident and damages. | | | |

| 2. | Witness: Stephan Jones | | | |
|---|---|---|---|---|
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 30 minutes |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | |
| | Brief Description of Testimony: Plaintiff's then fiance, current husband; percipient to her mental/emotional condition and aftermath of the incident | | | |
| | Comments: | | | |

| 3. | Witness: Marian Prather | | | |
|---|---|---|---|---|
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 20 minutes |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | |
| | Brief Description of Testimony: Plaintiff's neighbor, mother of parolee Donya Steen | | | |

| 4. | Witness: Stephen Charles, M.D. | | | |
|---|---|---|---|---|
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 1. 00 hr. |
| | Cross Examiner: | Defendant | Cross Exam Time Est.: | |
| | Brief Description of Testimony: Plaintiff's treating psychiatrist | | | |

| 5. | Witness: Linda Rosetti, MFT | | | |
|---|---|---|---|---|
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 1.00 hr. |
| | Cross Examiner: | Defendant | Cross Exam Time Est.: | |
| | Brief Description of Testimony: Plaintiff's treating therapist. | | | |

| 6. | Witness: Monica Esqueda | | | |
|---|---|---|---|---|
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 1 hr. |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | |
| | Brief Description of Testimony: Parole Agent for Donya Steen. Gave defendant Elliott address of parolee prior to the search. | | | |

| 7. | Witness: Geoffrey Elliott | | | |
|---|---|---|---|---|
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 1.30 hours |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | |
| | Brief Description of Testimony: Defendant responsible for the parole search | | | |

| 8. | Witness: Parole Agent Perez-Torres | | | |
|---|---|---|---|---|
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 20 minutes |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | |
| | Brief Description of Testimony: percipient witness, participant in the execution of the parole search | | | |

| 9. | Witness: Parole Agent Ochoa | | | |
|---|---|---|---|---|
| | Direct Examiner: | Plaintiff | Direct Exam Time Est: | 20 minutes |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | |
| | Brief Description of Testimony: participant in the parole search; Percipient witness. | | | |

| 10. | Witness: Brandon Painter | | | |
|---|---|---|---|---|
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 20 minutes |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | |
| | Brief Description of Testimony: Participant in the parole search; percipient witness. | | | |

| 11. | Witness: Eladio Menendez | | | |
|---|---|---|---|---|
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 10 minutes |

| | | | | |
|---|---|---|---|---|
| Cross Examiner: | Defendants | Cross Exam Time Est.: | |

| | | | | |
|---|---|---|---|---|
| Brief Description of Testimony: Building manager | | | |

**12.**
**13.**

| | | | |
|---|---|---|---|
| Witness:  Custodian of records, Lawndale Medical and Mental Health Services | | | |
| Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 10 minutes |
| Cross Examiner: | Defendants | Cross Exam Time Est.: | |
| Brief Description of Testimony: Authenticate Plaintiff's records of treatment for Linda Rosetti, Lawndale Medical and Mental Health Services | | | |
| Comments: Counsel may obviate these foundation witnesses by stipulation | | | |

**14.**

| | | | |
|---|---|---|---|
| Witness: Custodian of records, South Bay Mental Health | | | |
| Direct Examiner: | Defendants | Direct Exam Time Est.: | 10 minutes |
| Cross Examiner: | Plaintiff | Cross Exam Time Est.: | |
| Brief Description of Testimony: Authenticate medical records of treatment by Dr. Stephen Charles, plaintiff's psychiatrist. | | | |
| Comments: Counsel may obviate these foundation witnesses by stipulation | | | |

**15.**

| | | | |
|---|---|---|---|
| Witness: Nishant Kumar, MD | | | |
| Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 15 minutes |
| Cross Examiner: | Defendants | Cross Exam Time Est.: | |
| Brief Description of Testimony: Plaintiff's treating  physician. | | | |

**16.**

| | | | |
|---|---|---|---|
| Witness: Stuart Silverman, MD | | | |
| Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 30 minutes |
| Cross Examiner: | Defendants | Cross Exam Time Est.: | |
| Brief Description of Testimony: Plaintiff's physician treating her for unrelated prior conditions/disability | | | |

**17.**

| | | | |
|---|---|---|---|
| Witness: Custodian of Records Cedars Sinai Medical Center | | | |
| Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 15 minutes |
| Cross Examiner: | Defendants | Cross Exam Time Est.: | |

| | | | | |
|---|---|---|---|---|
| | Brief Description of Testimony: Foundation for records. | | | |
| | Comments: Counsel may obviate these foundation witnesses by stipulation. | | | |

| 18. | Witness: Gregg Yokoyama | | | |
|---|---|---|---|---|
| | Direct Examiner: | Plaintiff | Direct Exam Time Est.: | 20 minutes |
| | Cross Examiner: | Defendants | Cross Exam Time Est.: | |

Brief Description of Testimony: Participant in the parole search; percipient witness.

Dated: October 18, 2012                    Respectfully Submitted

                                           /s/ Gary S. Casselman
                                           GARY S. CASSELMAN
                                           Attorney for Plaintiff