1 | Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
2 | Mariam Kaloustian, State Bar No. 236702
E-Mail: mkaloustian@hurrellcantrall.com
3 | HURRELL CANTRALL LLP
700 South Flower Street, Suite 900
4 | Los Angeles, California 90017-4121
Telephone: (213) 426-2000
5 | Facsimile: (213) 426-2020

6 | Attorneys for GEOFFREY ELLIOTT

7

8 | **UNITED STATES DISTRICT COURT**
9 | **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
10

*(left margin, vertical)* HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

11 | QIANA MARSHALL, | CASE NO. CV10-6439 MMM (FMOx)
12 |     Plaintiff, | [Assigned to Judge Margaret M. Morrow – Courtroom "780"]
13 |     v. |
14 | COUNTY OF LOS ANGELES, AND | **DEFENDANT'S STATEMENT OF TIME ESTIMATES FOR THE CROSS-EXAMINATION OF PLAINTIFF'S WITNESSES**
15 | DOES 1 through 10, inclusive, |
16 |     Defendants. |
17 | | Action Filed:  August 27, 2010
Trial Date:     November 6, 2012

18 |       Defendant GEOFFREY ELLIOTT hereby submits Defendant's Statement of
19 | Time Estimates for the Cross-Examination of Plaintiff's Witnesses set forth in
20 | Plaintiff's Witness List with Time Estimates, pursuant to this Court's October 15,
21 | 2012 Order re Pretrial Documents.
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

| Witness | Brief Description of Testimony <u>as</u> Provided <u>by</u> Plaintiff | Plaintiff's Direct Examination Time Estimate | Defendant's Cross Examination Time Estimate |
|---|---|---|---|
| 1. Qiana Marshall | Plaintiff and percipient witness to incident and damages. | 2 hours | 1 hour |
| 2. Stephan Jones | Plaintiff's then fiancé, current husband; percipient to her mental/emotional condition and aftermath of the incident. | 30 minutes | 15 minutes |
| 3. Marian Prather | Plaintiff's neighbor, mother of parolee Donya Steen. | 20 minutes | 10 minutes |
| 4. Stephen Charles, M.D. | Plaintiff's treating psychiatrist. | 1 hour | 30 minutes |
| 5. Linda Rosetti, MFT | Plaintiff's treating therapist. | 1 hour | 30 minutes |
| 6. Monica Esqueda | Parole Agent for Donya Steen. Gave defendant Elliott address for parolee prior to search. | 1 hour | 1 hour |
| 7. Detective Geoffrey Elliott | Defendant responsible for the parole search. | 1.3 hours | 1 hour |
| 8. Parole Agent Perez-Torres | Percipient witness, participant in the execution of the parole search. | 20 minutes | 20 minutes |
| 9. Parole Agent Ochoa | Participant in the parole search; percipient witness. | 20 minutes | 20 minutes |
| 10. Deputy Brandon Painter | Participant in the parole search; percipient witness. | 20 minutes | 20 minutes |
| 11. Eladio Melendez | Building manager. | 10 minutes | 15 minutes |

-2-

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

| | | | |
|---|---|---|---|
| 12. Custodian of Records, Lawndale Medical and Mental Health | Authenticate Plaintiff's records of treatment for Linda Rosetti, Lawndale Medical and Mental Health Services. | 10 minutes | 0* |
| 13. Custodian of Records, Lawndale Medical and Mental Health [sic] | Authenticate Plaintiff's records of treatment for Linda Rosetti, Lawndale Medical and Mental Health Services. | 10 minutes | 0* |
| 14. Custodian of Records, South Bay Mental Health | Autehtnicate medical records of treatment by Dr. Stephen Charles, plaintiff's psychiatrist. | 10 minutes | 0* |
| 15. Nishant Kumar, M.D. | Plaintiff's treating physician. | 15 minutes | 30 minutes |
| 16. Stuart Silverman, M.D. | Plaintiff's physician treating her for unrelated prior conditions/disability. | 30 minutes | 20 minutes |
| 17. Custodian of Records, Cedars Sinai Medical Center | Foundation for records. | 15 minutes | 0* |
| 18. Deputy Gregg Yokoyama | Participant in the parole search; percipient witness. | 20 minutes | 20 minutes |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-3-

1        *The parties have previously stipulated to the authenticity of medical and

2    parole records.  *See* Joint Proposed Final Pretrial Conference Order, Document 120-

3    1 of this Court's Docket, Section 6 ("The parties stipulate to the authenticity of the

4    medical records in this matter.  The parties further stipulate to the authenticity of

5    Donya Steen's parole file in this matter.").  Thus, there is no need for the testimony

6    of the listed custodian of records to authenticate plaintiff's medical records.  With

7    that said, the parties have not waived their right to make evidentiary objections to

8    the admission of any records.

9

10   DATED: October 1̲9̲, 2012        HURRELL CANTRALL LLP

11

12

13   By: _____

14       THOMAS C. HURRELL

15       MARIAM KALOUSTIAN

16       Attorneys for GEOFFREY ELLIOTT

17

18

19

20

21

22

23

24

25

26

27

28

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 South Flower Street, Suite 900, Los Angeles, California 90017-4121.

On October 19, 2012, I served true copies of the following document(s) described as **DEFENDANT'S STATEMENT OF TIME ESTIMATES FOR THE CROSS-EXAMINATION OF PLAINTIFF'S WITNESSES** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address tcana@hurrellcantrall.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 19, 2012, at Los Angeles, California.

Theresa T. Cana

-5-

**SERVICE LIST**
**Qiana Marshall v. County of Los Angeles, et al.**
**Case No. CV10-6439 MMM (FMOx)**

| | |
|---|---|
| Gary S. Casselman, Esq.<br>Danielle Casselman, Esq.<br>LAW OFFICES OF<br>GARY S. CASSELMAN<br>3415 S. Sepulveda Blvd.<br>Suite 100<br>Los Angeles, CA 90034<br>Telephone: (310) 314-4444<br>Fax: (310) 314-4447 | *Attorneys for Plaintiff* |
| Susan E. Coleman, Esq.<br>BURKE, WILLIAMS &<br>SORENSEN, LLP<br>444 S. Flower Street<br>Suite 2400<br>Los Angeles, CA 90071-2953<br>Telephone: (213) 236-0600<br>Fax: (213) 236-2700 | *Attorneys for Defendants*<br>*A. PEREZ-TORRES*<br>*(DOE 8) AND J. OCHOA*<br>*(DOE 10)* |

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000