GARY S. CASSELMAN, ESQ. (SBN 81658)
DANIELLE L. CASSELMAN, ESQ., SBN 170622
**CASSELMAN LAW OFFICES**
3415 South Sepulveda Boulevard, Suite 100
Los Angeles, California 90034
☎ (310) 314-4444  (Fax) (310) 314-4447
e-mail: garyscasselman@gmail.com

Attorneys for Plaintiff, QIANA MARSHALL

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| QIANA MARSHALL,<br><br>                Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES,<br>AND DOES 1 through 10, inclusive,<br><br>                Defendant. | CASE №. CV-10-06439 TJH (FMOx)<br><br>PLAINTIFF'S CROSS EXAMINATION TIME ESTIMATES FOR WITNESSES ANTICIPATED IN DEFENDANT'S CASE IN CHIEF<br><br>TRIAL: November 6, 2012<br>TIME:  8:30<br>Ctrm:    17<br><br>Action Filed: 8/27/2010<br><br>The Honorable Terry J. Hatter, Jr. United States District Court Judge, Central Dist. |
|---|---|

    Plaintiff Qiana Marshall hereby submits her cross examination time estimates of Defendant's witnesses anticipated to be called in defendant's case in chief, as follows:

DATED: October 19, 2012        Respectfully Submitted,

                              LAW OFFICES OF
                              GARY S. CASSELMAN

              BY          /s/ Gary S. Casselman
                              GARY S. CASSELMAN
                              Attorneys for Plaintiff

| Witness | Brief Description of Testimony | Defendants' Direct Examination | Plaintiff's Cross Examination |
|---|---|---|---|
| Michael Mekjian, Ph.D | Defense Expert | 1 hour | 30 minutes |
| John Bomben * | LASD Sgt at scene | 30 minutes | 15 minutes |
| Steven Cabrera | LASD Deputy at scene | 30 minutes | 30 minutes |
| Brandon Painter* | LASD deputy at scene | 30 minutes | 30 minutes |
| Gregg Yokoyama * | LASD Deputy at scene | 45 minutes | 30 minutes |
| Jesse Ochoa * | Parole Agent at scene | 45 minutes | 20 minutes |
| Alejandro Perez-Torres* | Parole Agent at scene | 45 minutes | 20 minutes |

Witnesses marked with an * are provisional witnesses depending on the rulings of the Court regarding the nature of the conduct of the searching parties.

Dated: October 19, 2012        Respectfully Submitted

/s/ Gary S. Casselman
Gary S. Casselman
Attorney for Plaintiff

2