UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 10-6439-TJH(FMOx) | Date | OCTOBER 22, 2012 |
|---|---|---|---|

| Title | QIANA MARSHALL v. COUNTY OF LOS ANGELES, ET AL |
|---|---|

| Present: The Honorable | TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE |
|---|---|

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) -TRANSFER OF CASE TO JUDGE HATTER

This action has been transferred to the **HONORABLE TERRY J. HATTER, JR.,** United States District Judge.

Please substitute the initials **TJH** in place of the current initials, so that the case number will now read **ED CV 10-06439-TJH(FMOx)**. As documents are routed using the judge's initials, **it is imperative** that the correct initials **TJH** be used on all subsequent filings to prevent any delays in the processing of documents.

Judge Hatter's courtroom deputy clerk is Yolanda Skipper. She can be reached at (213) 894-5276. Judge Hatter's courtroom is located on the "Spring Street" level of the Spring Street Courthouse, Courtroom No. 17.

Additional information about Judge Hatter's procedures and schedules can be found on the court's website at **www.cacd.uscourts.gov**.

The Jury Trial date will remain for *November 06, 2012 at 10:00 a.m.* All previously scheduled deadlines will remain.

IT IS SO ORDERED.

cc: all parties

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |
|---|---|---|