1  Thomas C. Hurrell, State Bar No. 119876
   E-Mail: thurrell@hurrellcantrall.com
2  Mariam Kaloustian, State Bar No. 236702
   E-Mail: mkaloustian@hurrellcantrall.com
3  HURRELL CANTRALL LLP
   700 South Flower Street, Suite 900
4  Los Angeles, California 90017-4121
   Telephone: (213) 426-2000
5  Facsimile: (213) 426-2020

6  Attorneys for GEOFFREY ELLIOTT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| QIANA MARSHALL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, AND DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV10-6439 MMM (FMOx)<br><br>[Assigned to Judge Margaret M. Morrow – Courtroom "780"]<br><br>**DEFENDANT'S PROPOSED SPECIAL VERDICT FORM**<br><br>Trial Date:　　November 6, 2012 |

Defendant GEOFFREY ELLIOTT hereby submits the following proposed special verdict form for trial, pursuant to the Court's October 15, 2012 Order re Pretrial Documents:

DATED: October 29, 2012　　　HURRELL CANTRALL LLP


By: /s/ Mariam Kaloustian
　　THOMAS C. HURRELL
　　MARIAM KALOUSTIAN
　　Attorneys for GEOFFREY ELLIOTT

# PROPOSED SPECIAL VERDICT FORM

WE, THE JURY, in the above-entitled action now reach a unanimous verdict on the following questions submitted to us:

1. Did Plaintiff Qiana Marshall prove by a preponderance of the evidence that, on November 5, 2009, Defendant Geoffrey Elliott did not have probable cause to believe that parolee Donya Steen resided at 13526 Kornblum Ave., Apartment "6"?

YES_____   NO_____

If your answer to Question No. 1 is "YES," please proceed to the next question. If your answer to Question No. 1 is "NO," please answer no further questions, date, sign, and return the verdict form.

2. Was Defendant Geoffrey Elliott's entry into Plaintiff Qiana Marshall's apartment a substantial factor in causing injury to Plaintiff Qiana Marshall?

YES_____   NO_____

If your answer to Question No. 2 is "YES," please proceed to the next question. If your answer to Question No. 2 is "NO," please answer no further questions, date, sign, and return the verdict form.

3. What amount of damages, if any, did Plaintiff Qiana Marshall sustain as a result of Defendant Geoffrey Elliott's entry into her apartment?

   a. Past noneconomic loss, including mental suffering:     $_____
   b. Future noneconomic loss, including mental suffering:   $_____
                                              TOTAL:         $_____

Please answer the next question.

4. Did Plaintiff Qiana Marshall use reasonable efforts to mitigate damages?

      YES_____   NO_____

If your answer to Question No. 4 is "YES," please answer no further questions, date, sign, and return the verdict form. If your answer to Question No. 4 is "NO," please proceed to the next question.

5. Had Qiana Marshall used reasonable efforts to mitigate damages, what is the amount by which damages would have been mitigated?

a. Amount by which past noneconomic loss,
   including mental suffering, would have been mitigated:   $_____
b. Amount by which future noneconomic loss,
   including mental suffering, would have been mitigated:   $_____
                                         TOTAL:   $_____

Please date, sign, and return this verdict form.

Date:_____

                                                  _____
                                                  FOREPERSON

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 South Flower Street, Suite 900, Los Angeles, California 90017-4121.

On October 29, 2012, I served true copies of the following document(s) described as **DEFENDANT'S PROPOSED SPECIAL VERDICT FORM** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address tcana@hurrellcantrall.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 29, 2012, at Los Angeles, California.

Theresa T. Cana

-2-

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

**SERVICE LIST**
Qiana Marshall v. County of Los Angeles, et al.
Case No. CV10-6439 MMM (FMOx)

| | |
|---|---|
| Gary S. Casselman, Esq.<br>Danielle Casselman, Esq.<br>LAW OFFICES OF<br>GARY S. CASSELMAN<br>3415 S. Sepulveda Blvd.<br>Suite 100<br>Los Angeles, CA 90034<br>Telephone: (310) 314-4444<br>Fax: (310) 314-4447 | *Attorneys for Plaintiff* |
| Susan E. Coleman, Esq.<br>BURKE, WILLIAMS &<br>SORENSEN, LLP<br>444 S. Flower Street<br>Suite 2400<br>Los Angeles, CA 90071-2953<br>Telephone: (213) 236-0600<br>Fax: (213) 236-2700 | *Attorneys for Defendants*<br>*A. PEREZ-TORRES*<br>*(DOE 8) AND J. OCHOA*<br>*(DOE 10)* |