Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Mariam Kaloustian, State Bar No. 236702
E-Mail: mkaloustian@hurrellcantrall.com
HURRELL CANTRALL LLP
700 South Flower Street, Suite 900
Los Angeles, California 90017-4121
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for defendant GEOFFREY ELLIOTT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| QIANA MARSHALL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, AND DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV10-6439 TJH (FMOx)<br><br>[Assigned to Judge Terry J. Hatter, Jr. – Courtroom "17"]<br><br>**DECLARATION OF MARIAM KALOUSTIAN, ESQ., IN SUPPORT OF DEFENDANT'S SUBMISSION OF A SEPARATE PROPOSED SPECIAL VERDICT FORM**<br><br>Trial Date: January 8, 2013 |

I, Mariam Kaloustian, declare:

1. I am an attorney duly licensed to practice before this Court and am a partner with Hurrell Cantrall LLP, attorneys of record for defendant herein. The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

2. On October 15, 2012, the Honorable Margaret M. Morrow issued an Order re Pretrial Documents in the instant case. *See* October 15, 2012 Order re Pretrial Documents, Document No. 136 on the Court's Docket ("October 15, 2012 Order re Pretrial Documents").

3. Judge Morrow ordered the parties to meet and confer and file a joint

special verdict form on or before October 29, 2012. *See* October 15, 2012 Order re Pretrial Documents, ¶ 4.

4. Following meet and confer discussions, counsel were not able to agree upon a joint proposed special verdict form.

5. Accordingly, defendant GEOFFREY ELLIOTT submits Defendant's Proposed Special Verdict Form.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2012, at Los Angeles, California.

/Mariam Kaloustian

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 South Flower Street, Suite 900, Los Angeles, California 90017-4121.

On October 29, 2012, I served true copies of the following document(s) described as **DECLARATION OF MARIAM KALOUSTIAN, ESQ., IN SUPPORT OF DEFENDANT'S SUBMISSION OF A SEPARATE PROPOSED SPECIAL VERDICT FORM** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address tcana@hurrellcantrall.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 29, 2012, at Los Angeles, California.

Theresa T. Cana

-3-

**SERVICE LIST**
Qiana Marshall v. County of Los Angeles, et al.
Case No. CV10-6439 MMM (FMOx)

| | |
|---|---|
| Gary S. Casselman, Esq.<br>Danielle Casselman, Esq.<br>LAW OFFICES OF<br>GARY S. CASSELMAN<br>3415 S. Sepulveda Blvd.<br>Suite 100<br>Los Angeles, CA 90034<br>Telephone: (310) 314-4444<br>Fax: (310) 314-4447 | *Attorneys for Plaintiff* |
| Susan E. Coleman, Esq.<br>BURKE, WILLIAMS &<br>SORENSEN, LLP<br>444 S. Flower Street<br>Suite 2400<br>Los Angeles, CA 90071-2953<br>Telephone: (213) 236-0600<br>Fax: (213) 236-2700 | *Attorneys for Defendants*<br>*A. PEREZ-TORRES*<br>*(DOE 8) AND J. OCHOA*<br>*(DOE 10)* |