Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Mariam Kaloustian, State Bar No. 236702
E-Mail: mkaloustian@hurrellcantrall.com
HURRELL CANTRALL LLP
700 South Flower Street, Suite 900
Los Angeles, California 90017-4121
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for GEOFFREY ELLIOTT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| QIANA MARSHALL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, AND DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV10-6439 TJH (FMOx)<br><br>[Assigned to Judge Terry J. Hatter Jr. – Courtroom "17"]<br><br>**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**<br><br>Action Filed: August 27, 2010<br>Trial Date:    January 8, 2013 |

TO THE HONORABLE COURT, TO PLAINTIFF, AND TO HER ATTORNEYS OF RECORD:

Defendant Detective GEOFFREY ELLIOTT, hereby submits the following proposed voir dire questions to the Court for presentation to the jury:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1. Has anyone on the prospective jury panel had an unpleasant or otherwise dissatisfactory experience with a law enforcement officer?

2. Does anyone on the prospective jury panel have a potential bias against law enforcement agencies based on recent publicity concerning the Los Angeles County Sheriff's Department or other law enforcement agencies?

3. Does anyone on the prospective jury panel have a general distrust of law enforcement personnel?

4. Has anyone on the prospective jury panel ever been arrested?

5. Has anyone on the prospective jury panel ever been accused of or convicted of a crime?

6. Does anyone on the prospective jury panel know anyone else who has been arrested or convicted of a crime?

7. Has anyone on the jury panel ever been involved in a verbal or physical altercation with law enforcement personnel?

8. Has anyone ever felt threatened or intimidated by a law enforcement officer?

9. Has anyone on the prospective jury panel ever been on parole or probation?

10. Has anyone on the prospective jury panel had a close friend, relative, or a family member who has been on parole or probation?

11. Has anyone on the prospective jury panel had a law enforcement officer visit their place of residence?

12. Has anyone on the prospective jury panel ever had their residence, vehicle, or property searched by a law enforcement officer?

13. Does anyone on the prospective jury panel know anyone else who has had their residence, vehicle, or property searched by a law enforcement officer?

14. Has anyone ever sued a law enforcement officer or a law enforcement agency?

15. Has anyone ever made a legal claim or filed a lawsuit?

16. Are you or are any of your relatives or close friends lawyers, judges, or persons who work in courtrooms or with lawyers or judges?

17. Does anyone feel that it is unfair for plaintiffs to have the burden of proof, and believe that defendants in a civil action should have to come forward and establish that they did not do anything wrong?

DATED: October 29, 2012         HURRELL CANTRALL LLP

By: /s/ Thomas C. Hurrell
THOMAS C. HURRELL
MARIAM KALOUSTIAN
Attorneys for GEOFFREY ELLIOTT

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 South Flower Street, Suite 900, Los Angeles, California 90017-4121.

On October 29, 2012, I served true copies of the following document(s) described as **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address tcana@hurrellcantrall.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 29, 2012, at Los Angeles, California.

_____
Theresa T. Cana

**SERVICE LIST**
Qiana Marshall v. County of Los Angeles, et al.
Case No. CV10-6439 MMM (FMOx)

| | |
|---|---|
| Gary S. Casselman, Esq.<br>Danielle Casselman, Esq.<br>LAW OFFICES OF<br>GARY S. CASSELMAN<br>3415 S. Sepulveda Blvd.<br>Suite 100<br>Los Angeles, CA 90034<br>Telephone: (310) 314-4444<br>Fax: (310) 314-4447 | *Attorneys for Plaintiff* |
| Susan E. Coleman, Esq.<br>BURKE, WILLIAMS &<br>SORENSEN, LLP<br>444 S. Flower Street<br>Suite 2400<br>Los Angeles, CA 90071-2953<br>Telephone: (213) 236-0600<br>Fax: (213) 236-2700 | *Attorneys for Defendants*<br>*A. PEREZ-TORRES*<br>*(DOE 8) AND J. OCHOA*<br>*(DOE 10)* |

-5-