GARY S. CASSELMAN, ESQ. (SBN 81658)
DANIELLE L. CASSELMAN, ESQ., SBN 170622
**CASSELMAN LAW OFFICES**
3415 South Sepulveda Boulevard, Suite 100
Los Angeles, California 90034
☎ (310) 314-4444  (Fax) (310) 314-4447
e-mail:  garyscasselman@gmail.com

Attorneys for Plaintiff, QIANA MARSHALL

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| QIANA MARSHALL, | CASE №. CV-10-06439 MMM (FMOx) |
|---|---|
| Plaintiff, | PLAINTIFF'S PROPOSED VERDICT FORM |
| vs. | Trial: January 8, 2013<br>Time: 8:30 a.m.<br>CTRM: 17, Spring Street |
| COUNTY OF LOS ANGELES, AND DOES 1 through 10, inclusive, | Action Filed: 8/27/2010 |
| Defendant. | The Honorable Terry J. Hatter, Jr. United States District Court Judge, Central Dist. |

We the Jury in the above entitled action find the following verdict on the questions submitted to us:

**QUESTION 1:**

Did Plaintiff Qiana Marshall prove by a preponderance of the evidence that her Fourth Amendment rights to be free of unreasonable search and seizure were violated by defendant Geoffrey Elliott?

\_\_\_\_\_ Yes, and we award damages listed in response to Question 2, below.

\_\_\_\_\_ No

If your answer to question 1 is yes, please go to Question 2.  If your answer to Question 1 is no, skip question 2 and sign and date this Verdict Form.

**QUESTION 2:**

Please state the amount of damages you award to Plaintiff:

For violation of her 4th Amendment Rights to be free of unreasonable search and seizure, we award the sum of $_____.

For past and future mental suffering, loss of enjoyment of life, grief, anxiety, humiliation and emotional distress, we award the sum of $_____.

For past medical expenses incurred, we award the sum of $_____.

For medical expenses Plaintiff is reasonably certain to incur in the future we award the sum of $_____.

DATED:                    _____
                               Foreperson