Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Mariam Kaloustian, State Bar No. 236702
E-Mail: mkaloustian@hurrellcantrall.com
HURRELL CANTRALL LLP
700 South Flower Street, Suite 900
Los Angeles, California 90017-4121
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for GEOFFREY ELLIOTT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| QIANA MARSHALL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, AND DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV10-6439 TJH (FMOx)<br><br>[Assigned to Judge Terry J. Hatter Jr. – Courtroom "17"]<br><br>**DEFENDANT'S [PROPOSED] STATEMENT OF THE CASE FOR TRIAL**<br><br>Trial Date:      January 8, 2013 |

Defendant GEOFFREY ELLIOTT submits the following proposed statement of the case for trial:

This case arises out of the defendant's entry into plaintiff's apartment on November 5, 2009, when intending to conduct a parole compliance search of parolee Donya Steen.  Mr. Steen was plaintiff Qiana Marshall's next door neighbor and lived at Apartment "6A" of plaintiff's apartment complex.  Plaintiff resided at Apartment "6" of the same apartment complex.

Plaintiff claims that the defendant's entry into her apartment was in violation of the Fourth Amendment of the United States Constitution.  Defendant claims his entry into plaintiff's apartment was not in violation of the Constitution as based on his investigation, defendant Detective Geoffrey Elliott reasonably believed that

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

1   Donya Steen resided at Apartment "6" of the plaintiff's apartment complex.

2   On the date of the entry into plaintiff's apartment, defendant Detective

3   Geoffrey Elliott was accompanied by a number of officers from the Los Angeles

4   County Sheriff's Department and the California Department of Corrections and

5   Rehabilitation, who are not parties to this lawsuit.  The Court has already

6   determined that the officers' conduct after their entry into plaintiff's apartment was

7   at all times lawful.  Moreover, the officers had a legal right to conduct a search of

8   Donya Steen's apartment, Apartment "6A."  Thus, the only issue which remains to

9   be tried by you is whether defendant Detective Geoffrey Elliott had probable cause

10  to believe that Donya Steen resided at Apartment "6" of the apartment complex.

11  Plaintiff claims she sustained emotional injuries as a result of the defendant's

12  entry into her apartment.  Defendant denies plaintiff's allegations and disputes the

13  nature and extent of plaintiff's claimed injuries and damages.  Defendant also

14  maintains that plaintiff had a history of emotional distress, which was not caused by

15  the defendant.

16

17  DATED: October    , 2012        HURRELL CANTRALL LLP

18

19

20  By: _____
                THOMAS C. HURRELL
21              MARIAM KALOUSTIAN
                Attorneys for GEOFFREY ELLIOTT
22

23

24

25

26

27

28

-2-

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 South Flower Street, Suite 900, Los Angeles, California 90017-4121.

On October 29, 2012, I served true copies of the following document(s) described as **DEFENDANT'S [PROPOSED] STATEMENT OF THE CASE FOR TRIAL** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address tcana@hurrellcantrall.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 29, 2012, at Los Angeles, California.

Theresa T. Cana

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

**SERVICE LIST**
**Qiana Marshall v. County of Los Angeles, et al.**
**Case No. CV10-6439 MMM (FMOx)**

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Gary S. Casselman, Esq. | *Attorneys for Plaintiff* |
| | Danielle Casselman, Esq. |
| 4 | LAW OFFICES OF |
| | GARY S. CASSELMAN |
| 5 | 3415 S. Sepulveda Blvd. |
| | Suite 100 |
| 6 | Los Angeles, CA 90034 |
| | Telephone: (310) 314-4444 |
| 7 | Fax: (310) 314-4447 |

Gary S. Casselman, Esq.
Danielle Casselman, Esq.
LAW OFFICES OF
GARY S. CASSELMAN
3415 S. Sepulveda Blvd.
Suite 100
Los Angeles, CA 90034
Telephone: (310) 314-4444
Fax: (310) 314-4447

*Attorneys for Plaintiff*

Susan E. Coleman, Esq.
BURKE, WILLIAMS &
SORENSEN, LLP
444 S. Flower Street
Suite 2400
Los Angeles, CA 90071-2953
Telephone: (213) 236-0600
Fax: (213) 236-2700

*Attorneys for Defendants*
*A. PEREZ-TORRES*
*(DOE 8) AND J. OCHOA*
*(DOE 10)*

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000