GARY S. CASSELMAN, ESQ. (SBN 81658)
DANIELLE L. CASSELMAN, ESQ., SBN 170622
**CASSELMAN LAW OFFICES**
3415 South Sepulveda Boulevard, Suite 100
Los Angeles, California 90034
☎ (310) 314-4444  (Fax) (310) 314-4447
e-mail:  garyscasselman@gmail.com

Attorneys for Plaintiff, QIANA MARSHALL

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| QIANA MARSHALL,<br><br>               Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, AND DOES 1 through 10, inclusive,<br><br>               Defendant. | CASE №. CV-10-06439 TJH (FMOx)<br><br>PLAINTIFF'S PROPOSED STATEMENT OF THE CASE<br><br>TRIAL:  November 6, 2012<br>Time:    8:30 a.m.<br>CTRM:  780<br><br>Action Filed: 8/27/2010<br><br>The Honorable Terry J. Hatter, Jr.<br>United States District Court Judge,<br>Central Dist. |
|---|---|

    Plaintiff, Qiana Marshall, is suing defendant Geoffrey Elliott, A Los Angeles County Sheriff Deputy, for violations of her civil rights.

    On November 5, 2009, during the early morning hours, Defendant Geoffrey Elliot, heavily armed Sheriff's deputies and other parole agents were conducting a parole search of an individual named Donya Steen at an apartment building in the City of Hawthorne.

    Defendant Geoffrey Elliot, along with Deputy Sheriffs and parole agents, entered Plaintiff's apartment, detained Plaintiff at gun point and searched her home.

    Plaintiff's apartment was not the residence defendant Elliott was supposed to enter. Parolee Donya Steen did not live there.

1     Plaintiff claims that her civil rights were violated and that she was injured in this incident.

    Defendant admits entering the wrong apartment, but denies that Plaintiff was injured, and claims that if Plaintiff was injured, she failed to mitigate her damages.

DATED: October 15, 2012    Respectfully Submitted,

                                      CASSELMAN LAW OFFICES

                    BY  _____
                                      GARY S. CASSELMAN
                                      Attorneys for Plaintiff,
                                      QIANA MARSHALL