UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 10-06439-TJH(FMOx)** | Date NOVEMBER 19, 2012 |

Title   QIANA MARSHALL  v. COUNTY OF LOS ANGELES, ET AL

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

Counsel are hereby notified that the following documents filed on October 29, 2012 are missing a signature of counsel:
   Doc. No. 152 - Plaintiff's Proposed statement of the case;
   Doc. No. 153 - AMENDED Plaintiff's Proposed statement of the case.

The Plaintiff is ordered to file a Notice of corrected document as to both documents forthwith and include a signature on each for the record.

For more information on how to properly e-file documents contact the Help Desk at 213-894-0242.

IT IS SO ORDERED.


cc: all parties

---

CV-90     **CIVIL MINUTES - GENERAL**     Initials of Deputy Clerk ys