1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

QIANA MARSHALL,

       Plaintiff,

   v.

COUNTY OF LOS ANGELES, AND
DOES 1 through 10, inclusive,

       Defendants.

CASE NO. CV10-6439 TJH (FMOx)

[Assigned to Judge Terry J. Hatter – Courtroom "17"]

**JUDGMENT ON ORDERS GRANTING DEFENDANTS GEOFFREY ELLIOTT, COUNTY OF LOS ANGELES, MICHAEL MARINO, BRANDON PAINTER, ALEXANDER VAZIRI, GREGG YOKOYAMA, AND JOHN BOMBEN'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION [185]**

Trial Date:        March 12, 2013

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

The motion for summary judgment or, in the alternative, summary adjudication on behalf of defendants COUNTY OF LOS ANGELES, GEOFFREY ELLIOTT, MICHAEL MARINO, BRANDON PAINTER, ALEXANDER VAZIRI, GREGG YOKOYAMA, and JOHN BOMBEN came on regularly for hearing on December 5, 2011 at 10:00 a.m. in Courtroom "780" of the above-entitled Court, and the motion for reconsideration of the denial of qualified immunity in ruling on

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

1  defendants' motion for summary judgment or, in the alternative, summary

2  adjudication on behalf of defendant GEOFFREY ELLIOTT came on regularly for

3  hearing on January 22, 2013 at 10:00 a.m. in Courtroom "17" of the above-entitled

4  Court, and the evidence presented having been fully considered, the issues having

5  been duly heard, and decisions having been duly rendered,

6       IT IS ORDERED AND ADJUDGED that:

7       (1)    Plaintiff QIANA MARSHALL shall take nothing against defendants

8  COUNTY OF LOS ANGELES, GEOFFREY ELLIOTT, MICHAEL MARINO,

9  BRANDON PAINTER, ALEXANDER VAZIRI, GREGG YOKOYAMA, and

10  JOHN BOMBEN.

11       (2)    Defendants COUNTY OF LOS ANGELES, GEOFFREY ELLIOTT,

12  MICHAEL MARINO, BRANDON PAINTER, ALEXANDER VAZIRI, GREGG

13  YOKOYAMA, and JOHN BOMBEN shall have judgment against plaintiff QIANA

14  MARSHALL.

15

16  DATED: February 4, 2013   By: _____

17       THE HONORABLE TERRY J. HATTER, JR.
     SENIOR UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28